Five Minutes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                DATE: July 18, 2005

HONORABLE JUSTO ARENAS, CHIEF U. S. MAGISTRATE JUDGE

COURTROOM DEPUTY: Sarah V. Ramón    Case No. CR. 98-0176-05 (JAF)

================================================================

United States of America            ATTORNEYS:

Plaintiff

vs.

Samuel Arce-León

Defendant(s)

================================================================

Defendant was brought before the Court based on a warrant of arrest that was issued by Hon. José A. Fusté, Chief U.S. District Judge on June 16, 2005.

Defendant was advised of his rights and charges and was informed that a hearing to **show cause regarding violations of conditions of supervised release is set for August 2, 2005 at 10:00 a.m.**

The Federal Public Defender is appointed in this case.

s/ Sarah V. Ramón
Sarah V. Ramón, Deputy Clerk