IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>Samuel Arce-León<br><br>Defendant(s) | CASE NO. CR.98-0176-05 (JAF) |

## ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____

At San Juan, Puerto Rico, on   July 18, 2005_____

                                                                FRANCES RIOS DE MORAN
                                                               Clerk of the Court

                                                               By: s/Sarah V. Ramón_____
                                                                     Sarah V. Ramón, Deputy Clerk

s/cs: AUSA
       USM
       PTS
       FPD