IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.                            CASE NO.: 98CR00176-05 (JAF)

**SAMUEL ARCE-LEON**
* * * * * * * * * * * * * * * * * * * * * * *

SUPPLEMENT TO MOTION FILED ON JUNE 8, 2005

TO THE HONORABLE JOSE A. FUSTE, CHIEF
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    **COMES NOW, Norma Rivera-Rochet, United States Probation Officer** of this Honorable Court, respectfully praying that the following violation be incorporated in the Motion Notifying Supervised Release Violations, Request for the Issuance of an Arrest Warrant and Tolling of the Supervised Release term filed on June 8, 2005.

1.     **VIOLATION OF MANDATORY CONDITIONS OF SUPERVISION:** - "**The defendant shall not commit any crimes, federal, state, or local...**"

    On or about May 2005 offender Samuel Arce-León, T/N Samuel Ruben Arce-León a.k.a. "Sammy" was arrested by local law enforcement authorities and charged with violating two (2) articles of the Puerto Rico firearms laws. All new local firearms related charges are pending in the Ponce Court along with violation of the local Probation term.

    **Wherefore**, I declare under penalty of perjury that the foregoing is true and correct. It is respectfully requested that this violation be included in the motion filed on June 8, 2005 and the Court consider the information herein contained during the Order to Show Cause Hearing Scheduled before the Honorable Chief U.S. Magistrate Judge Justo Arenas scheduled for August 2, 2005 at 10:00. Thereupon, Mr. Samuel Arce-León to be dealt with

pursuant to law.

    In San Juan, Puerto Rico, this 19th day of July 2005.

                                    Respectfully submitted,

                                    EUSTAQUIO BABILONIA, CHIEF
                                  U.S. PROBATION OFFICER

                                  s/ Norma Rivera-Rochet
                                  Federal Office Building
                                  Office 400
                                  150 Carlos Chardón Ave.
                                  San Juan, P.R. 00918-1741
                                  (787)771-1269
                                  (787)766-5596 ext 245
                                  norma_rivera@prp.uscourts.gov

## CERTIFICATE OF SERVICE

    I HEREBY certify that on July 19th 2005, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney Humberto García, Esq.; and defense counsel, Joseph Laws.

    In San Juan, Puerto Rico, July 19th 2005.

                                    s/ Norma Rivera-Rochet
                                  Federal Office Building
                                  Office 400
                                  150 Carlos Chardón Ave.
                                  San Juan, P.R. 00918-1741
                                  (787)766-5596 ext 245
                                  (787)771-1269
                                  norma_rivera@prp.uscourts.gov

NRR