IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>SAMUEL ARCE-LEON,<br>    Defendant. | CRIMINAL NO. 98-176-5 (JAF) |

**MOTION REQUESTING RELIEF- RE: MEDICAL ATTENTION FOR THE DEFENDANT**

HON. CHIEF JUDGE JOSE A. FUSTE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** Mr. SAMUEL ARCE-LEON, the defendant herein, represented by the Federal Public Defender for the District of Puerto Rico, and before this Honorable Court respectfully states and prays as follows:

1. The above-captioned defendant is currently under custody at MDC-Guaynabo.

2. Counsel for the defendant, upon interviewing Mr. Arce, has been made aware that Mr. Arce is in need of medical treatment for bullet wounds sustained in his hand. These wounds were the result of an unprovoked attack on Mr. Arce's person as he was leaving his place of business on May 24th .

3. Mr. Arce received medical treatment thru local care providers on or about May 26th , as reported to this writer by his spouse.

      However, continued monitoring of the hand is required.

4. Mr. Arce is currently suffering from pain and loss of sensation in his hand. Mr. Arce has been instructed to avail himself of administrative mechanisms at MDC Guaynabo in order to obtain medical care. Mr. Arce reports that, upon visiting the infirmary at MDC Guaynabo, he was told that the judge's order would be required in order to secure the necessary medical treatment, i.e., something beyond mere medication and/or painkillers.

5. To that end, it is respectfully requested that this issue an Order that would permit the same. A proposed Order is appended below.

**WHEREFORE** it is respectfully requested that the Honorable Court grant defendant's prayer for relief.

**RESPECTFULLY REQUESTED**.

In San Juan, Puerto Rico, August 2nd , 2005.

                          JOSEPH C. LAWS, JR.
                          Federal Public Defender
                          <u>S/FRANCISCO VALCARCEL-FUSTER</u>
                          USDC-PR #220108
                          Assistant Federal Public Defender
                          241 Franklin D. Roosevelt Avenue
                          Hato Rey, PR  00918-2441
                          Tel. (787) 281-4922 / Fax (787) 281-4899
                          E-mail : *francisco_valcarcel@fd.org*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| Plaintiff * | CRIMINAL NO. 98-176-5 (JAF) |
| vs. * | |
| SAMUEL ARCE-LEON | |
| * | |
| Defendant * | |

* * * * * * *

## ORDER

IT IS HEREBY ORDERED, that the defendant, SAMUEL ARCE-LEON, currently in custody at MDC GUAYNABO (registration number 16619-069), be provided any and all required medical attention. To that end, the Bureau of Prisons is to allow the U.S. Marshals Service to transport the defendant to any and all required medical appointments.

IT IS SO ORDERED

At San Juan, Puerto Rico, this ____ of August, 2005.

_____
JOSE A. FUSTE
CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 2nd  , 2005  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the government, U.S. Attorney H.S. García, and the U.S. Probation Office (Norma Rivera-Rochet).

At San Juan, Puerto Rico, this 2nd  day of August, 2005.

**JOSEPH C. LAWS, JR**
**Federal Public Defender**
**District of Puerto Rico**

S/FRANCISCO VALCARCEL-FUSTER
 USDC-PR #220108
Assistant Federal Public Defender
241 Franklin D. Roosevelt Avenue
Hato Rey, PR  00918-2441
Tel. (787) 281-4922 / Fax (787) 281-4899
E-mail : *francisco_valcarcel@fd.org*