UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL ARCE-LEON,<br><br>    Defendant. | Criminal No. 98-176 (JAF) |

**O R D E R**

The defendant, SAMUEL ARCE-LEON, currently in custody at MDC-GUAYNABO (registration number 16619-069), shall be provided any and all required medical attention. To that end, the Bureau of Prisons is to allow the U.S. Marshals Service to transport the defendant to any and all required medical appointments.

The Clerk will notify the Bureau of Prisons and the United States Marshals Service with copy of this Order.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 4th day of August, 2005.

                                                 S/José Antonio Fusté
                                                 JOSE ANTONIO FUSTE
                                         Chief U. S. District Judge