AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE | District of | PUERTO RICO

UNITED STATES OF AMERICA
**V.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

**SAMUEL ARCE-LEON**
T/N: SAMUEL RUBEN ARCE-LEON

Case Number: **98-176-05 (JAF)**
USM Number: 16619-069

FRANCISCO VALCARCEL, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   1 standard condition   of the term of supervision.

☐   was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #1 | Defendant was arrested by local law enforcement authorities and he was charged of violating two articles of the Puerto Rico firearms law. | MARCH 2005 MAY 2005 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ------------------------------------
Defendant's Date of Birth: ------------------------------------

08/15/2005
Date of Imposition of Judgment

S/ JOSE A. FUSTE
Signature of Judge

Defendant's Residence Address:
----------------------------------------------------------------
----------------------------------------------------------------
----------------------------------------------------------------

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

08/15/2005
Date

Defendant's Mailing Address:
--------------SAME AS ABOVE----------------------------

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:        SAMUEL ARCE LEON
CASE NUMBER:      CR. 98-176-05 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    THIRTY-SIX (36) MONTHS.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL