IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>            v.<br><br>SAMUEL ARCE-LEON<br>    Defendant | Criminal No. 98-176(JAF) |

**NOTICE OF APPEAL**

TO THE HONORABLE COURT:

Notice is hereby given by Mr. Samuel ARce-Leon, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on August15, 2005, and entered on docket on August 16, 2005, by the Hon. José A. Fusté, United States District Judge for the District of Puerto Rico.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August, 2005.

JOSEPH C. LAWS, JR.
**Federal Public Defender**
**District of Puerto Rico**

S/Francisco Valcarcel-Fuster
FRANCISCO VALCARCEL-FUSTER
Assistant Federal Public Defender
USDC - PR 220108
241 F. D. Roosevelt Avenue
San Juan, PR 00918-2441
Phone No. (787) 281-4922
Fax No. (787) 281-4899

Criminal No. 98-176(JAF)                                                                                          2

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 25, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing, the Notice of Appeal, and the document to the following CM/ECF participants: Ausa Tim Henwood.

In San Juan, Puerto Rico, this 25th day of August, 2005.

**S/Francisco Valcarcel-Fuster**
**F**RANCISCO **V**ALCARCEL**-F**USTER
Assistant Federal Public Defender
241 F. D. Roosevelt Avenue
San Juan, PR  00918-2441
Phone No.  (787) 281-4922