UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA        *
                                *
Vs.                             *        98-CR-00176-005 (JAF)
                                *
ARCE-LEON, SAMUEL               *
                                *
-------------------------------*

## ORDER

By the Order of the Honorable José A. Fusté, Chief United States District Court Judge, the pre-sentence investigation report is hereby returned to the U.S. Probation Office.

IT IS SO ORDERED.

San Juan, Puerto Rico, this September 1, 2005.

**FRANCES RIOS DE MORAN**
Clerk of the Court

By: Janis Palma
Interpreter/Deputy Clerk

**ACKNOWLEDGMENT:**

I hereby acknowledge receipt of the pre-sentence investigation report on ___9/2/05___

Eustaquio Babilonia
Chief U.S. Probation Officer
By: _____