UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

**DATE:** September 27, 2005

**DC #:** 98-176 (JAF)

**APPEAL FEE PAID:** YES ____ NO  X

**CASE CAPTION:** USA  v.  Gutiérrez-Rentas
Defendant: Samuel Arce-León (5)

**IN FORMA PAUPERIS:** YES  X  NO ____

**MOTIONS PENDING:** YES ____ NO  X

**NOTICE OF APPEAL FILED BY:** Defendant

**APPEAL FROM:** Judgment for Revocation imposed on 08/15/05 and entered on 08/16/05

**SPECIAL COMMENTS:** Original documents in file folders

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-199** | I |
| **Docket Entries 200-293** | II |
| **Docket Entries 294-340** | III |
| **Docket Entries 84,88,106,145,146,194,196,209,213C,221A, 226,270,280,282,284,285,286,287,288,289,290 (Sealed)** | IV |

I HEREBY certify that the enclosed documents contained h+erein are copies or the original pleadings as described in the annexed index and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk