IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff,

Vs.                        CRIM No. 98-176 (JAF)

SAMUEL ARCE LEON
    Defendant.

TO THE HONORABLE: JOSE ANTONIO FUSTE
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF PUERTO RICO

    **COMES NOW** the defendant **SAMUEL ARCE LEON, PRO-SE** very respectfully STATES and PRAYS as follow.

    On the 15Th. of August, 2005 defendant was sentence to a term o THIRTY SIX (36) months.

    He would like the Court to make the following recommendation to the Bureau Of Prisons: To be allowed to serve his sentence in MDC GUAYNABO.

    He has immediate family that reside in this area.

    **WHEREFORE** Defendant request that the Honorable Judge makes such recommendation/ or ORDER for Defendant.

    RESPECTFULLY SUBMITTED, this 19Th of December, 2005

    Sincerely,

    *Samuel Arce Leon*

    SAMUEL ARCE LEON
    Reg # 16619-069
    MDC GUAYNABO - P.O. BOX 2147
    SAN JUAN, PR. 00922-2147