UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Transmittal of Supplemental Record to the Court of Appeals

DATE:   April 6, 2006

DC #:   98-176  (JAF)

CCA #:  05-2472

CASE CAPTION:           USA      v.      Gutiérrez-Rentas
                        Defendant:    Samuel Arce-León (5)

SPECIAL COMMENTS:       Original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                          VOLUMES:

Docket Entry   363    (Transcript)                                      I


I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the supplemental record on appeal in the case.

                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Xiomara Muñiz
                                        Xiomara Muñiz
                                        Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:       _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk