UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF __PUERTO RICO__

UNITED STATES OF AMERICA

VS.

SAMUEL ARCE LEON
CALLE 8-B, #D-115
NUEVA VIDA, EL TUQUE
PONCE, P.R.

WARRANT FOR ARREST

CASE NUMBER: CR. 98-176 (JAF)

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __SAMUEL ARCE-LEON__
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title _____ United States Code, Section(s) _____

| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | 6/16/2005, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ ----------NO BAIL--------------    By REBECCA AGOSTINI VIANA
                                                    Name of Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-16-05 | RAFAEL ESCOBAR | By: [signature] |
| DATE OF ARREST | DUSM | |
| 7-16-05 | | |

Stamp: RECEIVED & FILED 2007 APR 16 PM 2:55 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR