# UNITED STATES DISTRICT COURT

_____ FOR THE _____ **DISTRICT OF** __PUERTO RICO_____

**UNITED STATES OF AMERICA**

VS.

**SAMUEL ARCE LEON**
CALLE 8-B, #D-115
NUEVA VIDA, EL TUQUE
PONCE, P.R.

## *WARRANT FOR ARREST*

**CASE NUMBER: CR.** 98-176 (JAF)

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    **SAMUEL ARCE-LEON**

(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court      [X] DEFENDANT HAS FAILED TO COMPLY WITH HIS CONDITIONS
                            OF SUPERVISED RELEASE.

charging him or her with (brief description of offense)

FAILURE TO COMPLY WITH HIS CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___-------___ United States Code, Section(s) __-------_____

| | |
|---|---|
| JOSE A. FUSTE | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| REBECCA AGOSTINI-VIANA | 6/16/2005, HATO REY, PUERTO RICO |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ -----------**NO BAIL**-------------    By REBECCA AGOSTINI VIANA

Name of Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED<br>6-16-05 | NAME & TITLE OF ARRESTING OFFICER<br>RAFAE ESCOBAR<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>By: |
| DATE OF ARREST<br>7-16-05 | | |